| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Kyle McLean<br>Lisa R. Considine (pro hac vice to be filed)<br>SIRI & GLIMSTAD LLP<br>700 S. Flower Street, Suite 1000, Los Angeles, CA 90017<br>Tel: (213) 376-3739<br>kmclean@sirillp.com<br>lconsidine@sirillp.com | |
| ATTORNEY(S) FOR: Plaintiffs and the putative class | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMIKA HUESTON, BUNDY LANEY, CECILY MOODY, JATTIYA DAVIS, and DANIELLE CAI<br>Plaintiff(s),<br>v.<br>WESTLAKE PORTFOLIO MANAGEMENT, LLC,<br>Defendant(s) | CASE NUMBER:<br>5:24-cv-00380<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs Tamika Hueston, et al._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TAMIKA HUESTON | PLAINTIFF |
| BUNDY LANEY | PLAINTIFF |
| CECILY MOODY | PLAINTIFF |
| JATTIYA DAVIS | PLAINTIFF |
| DANIELLE CAINES | PLAINTIFF |
| WESTLAKE PORTFOLIO MANAGEMENT, LLC | DEFENDANT |

February 16, 2024
Date

/s/ Kyle McLean
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Tamika Hueston, et al.