Kyle McLean (SBN 330580)
kmclean@sirillp.com
Lisa R. Considine (admitted *pro hac vice*)
lconsidine@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Main: 213-376-3739

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA HUESTON, BUNDY LANEY, CECILY MOODY, JATTIYA DAVIS, and DANIELLE CAINES on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAKE PORTFOLIO MANAGEMENT, LLC, <br><br> Defendant. | Case No.: 5:24-cv-00380-JGB-SHK <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Jesus G. Bernal |

Plaintiffs Tamika Hueston, Bundy Laney, Cecily Moody, Jattiya Davis, and Danielle Caines (collectively, "**Plaintiffs**"), and Defendant Westlake Portfolio Management, LLC ("**WPM**" and together with Plaintiffs, the "**Parties**"), by and through their undersigned counsel, hereby respectfully submit the following joint status report pursuant to the Court's July 27, 2024 Order (ECF No. 30):

1. On June 27, 2024, the Court granted WPM's Motion to Compel Arbitration and compelled Plaintiffs to arbitrate their claims. (ECF No. 30). In addition, the Court stayed this case pending the outcome of any arbitration proceedings, and ordered the parties to file a joint status report with the Court every sixty (60) days following entry of the Order explaining whether an extension of the stay is warranted.

2. Before incurring additional time and expense in arbitration, in an effort to resolve their disputes, Plaintiffs Tamika Hueston, Bundy Laney, Cecily Moody, Danielle Caines and Jattiya Davis have each presented an individual demand for settlement to WPM. Nonetheless, the Parties have not been able to resolve the case.

3. Plaintiffs intend to file arbitration demands. Plaintiffs anticipate that within the next sixty (60) days, they will have commenced their individual arbitrations.

4. In light of the foregoing, the Parties respectfully request that the Court maintain its stay of this matter for an additional sixty (60) days, at which time the Parties will again advise the Court whether a further extension of the stay is warranted.

DATED: August 26, 2024      Respectfully submitted,

By: */s/Kyle McLean*
Kyle McLean
Lisa R. Considine
SIRI & GLIMSTAD LLP
Attorneys for Plaintiffs

By: */s/Elizabeth Holt Andrews*
Elizabeth Holt Andrews
Katalina Baumann
TROUTMAN PEPPER
HAMILTON SANDERS LLP
Attorneys for Defendant

**Attestation regarding Electronic Signatures**

I, Kyle McLean, attest pursuant to Central District Local Rule 5-4.3.4(a)(2) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 26, 2024                By:    */s/Kyle McLean*
                                             Kyle McLean

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent by email to all parties via the Court's electronic filing system or by mail to anyone unable to accept electronic service, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/Kyle McLean*
Kyle McLean
Lisa R. Considine
SIRI & GLIMSTAD LLP
Attorneys for Plaintiffs