Kyle McLean (SBN 330580)
kmclean@sirillp.com
Lisa R. Considine (admitted *pro hac vice*)
lconsidine@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Main: 213-376-3739

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA HUESTON, BUNDY LANEY, CECILY MOODY, JATTIYA DAVIS, and DANIELLE CAINES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTLAKE PORTFOLIO MANAGEMENT, LLC,<br><br>Defendant. | Case No.: 5:24-cv-00380-JGB-SHK<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Jesus G. Bernal |

Plaintiffs Tamika Hueston, Bundy Laney, Cecily Moody, Jattiya Davis, and Danielle Caines (collectively, "**Plaintiffs**"), and Defendant Westlake Portfolio Management, LLC ("**WPM**" and together with Plaintiffs, the "**Parties**"), by and through their undersigned counsel, hereby respectfully submit the following joint status report pursuant to the Court's July 27, 2024 Order (ECF No. 30):

1. On June 27, 2024, the Court granted WPM's Motion to Compel Arbitration and compelled Plaintiffs to arbitrate their claims. (ECF No. 30). In

addition, the Court stayed this case pending the outcome of any arbitration proceedings, and ordered the parties to file a joint status report with the Court every sixty (60) days following entry of the Order explaining whether an extension of the stay is warranted.

2.   Since that time, Plaintiffs Tamika Hueston, Bundy Laney, Cecily Moody, Danielle Caines and Jattiya Davis have each filed their individual arbitration demands with JAMS.

3.   As those arbitration matters are pending, the Parties respectfully request that the Court maintain its stay of this matter. The Parties request permission to provide an additional status report in one-hundred twenty (120) days, rather than sixty (60) days, given the speed at which arbitration can progress. At the time of the next required status report, the Parties will advise the Court whether a further extension of the stay is warranted or whether dismissal is appropriate.

DATED: October 25, 2024              Respectfully submitted,

By:   */s/Lisa R. Considine*
      Lisa R. Considine
      SIRI & GLIMSTAD LLP
      Attorneys for Plaintiffs


By:   */s/Katalina Baumann*
      Katalina Baumann
      Elizabeth Holt Andrews
      TROUTMAN PEPPER
      HAMILTON SANDERS LLP
      Attorneys for Defendant

**Attestation regarding Electronic Signatures**

I, Lisa R. Considine, attest pursuant to Central District Local Rule 5-4.3.4(a)(2) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 25, 2024     By:   */s/Lisa R. Considine*  
                                         Lisa R. Considine

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, a copy of the foregoing JOINT STATUS REPORT was filed electronically. Notice of this filing will be sent by email to all parties via the Court's electronic filing system or by mail to anyone unable to accept electronic service, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/Lisa R. Considine*
Lisa R. Considine
SIRI & GLIMSTAD LLP
Attorneys for Plaintiffs